## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 13, 2017

Ms. Cheryl Lynn Intravaia
Feirich, Mager, Green and Ryan
P.O. Box 1570
Carbondale, IL 62903

       Re: Case No. 17-3625, *Zurich-American Ins Group v. Joanna Duncan, et al*
           Originating Case No. : 16-0327 BLA : 16-0358 BLA

Dear Counsel,

   This case has been docketed as number **17-3625** with the caption that is enclosed on a separate page. Please check the caption for accuracy and notify the Clerk's Office if any corrections should be made.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.

**Note**: The administrative records in immigration appeals will now be filed electronically. Attorneys who represent petitioners will no longer receive a CD-ROM of the record. Instead, attorneys will receive the record electronically by a Notice of Docket Activity. At the time of that notice, attorneys will have the opportunity to download the record without cost. Failure to timely download the record may result in the assessment of PACER charges. Pro se petitioners will continue to be served the record documents in paper.

   The following forms should be downloaded from the web site and filed with the Clerk's office by **June 27, 2017**. If payment did not accompany the petition for review, the $500 filing fee should also be paid by this date.

       Petitioner:    Appearance of Counsel
                        Disclosure of Corporate Affiliations

                      Application for Admission to 6th Circuit Bar (if applicable)
Respondent:   Appearance of Counsel

   More specific instructions are printed on each form.  These deadlines are important - if the initial forms are not timely filed and necessary fees paid, the case will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                      Sincerely yours,

                      s/Roy G. Ford
                      Case Manager
                      Direct Dial No. 513-564-7016

cc:  Ms. Heather Lane
     Ms. Ann Marie Scarpino

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 17-3625

ZURICH-AMERICAN INSURANCE GROUP

      Petitioner

v.

JOANNA DUNCAN, Widow of and on behalf of RAYMOND DUNCAN; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS

      Respondents