# Certificate of Service

Pursuant to the November 20, 2017 Amended Briefing Order, the undersigned hereby certifies that she served Respondent, Joanna Duncan with a hard copy of the five-volume Appendix consisting of 1,497 pages via United States Mail, postage prepaid, this 21st day of November, 2017 at:

Ms. Joanna Duncan
111 Blakeman Drive
Middlesboro, KY 40965.

/s/ Cheryl L. Intravaia
Cheryl L. Intravaia

FEIRICH/MAGER/GREEN/RYAN
2001 West Main Street
P.O. Box 1570
Carbondale, IL 62901
Telephone: 618-529-3000
Facsimile: 618-529-3008
cintravaia@fmgr.com
G:\CLE\Appeal - Sixth Circuit\Duncan v. Straight Creek Coal\Certificate of Service Appendix 112117.wpd